UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

    v.                                                            24-MJ-73

NICHOLAS BLOOM,

        Defendant.
_____

**<u>SPEEDY TRIAL ORDER</u>**
July 30, 2024 – August 1, 2024

On July 30, 2024, the parties appeared before the Court for an initial appearance. Assistant United States Attorney Maeve E. Huggins appeared on behalf of the government. The defendant appeared personally and with his attorney, Jeffrey T. Bagley, Esq., whom the Court assigned as counsel. The defendant and counsel acknowledged receipt of the criminal complaint and having been previously advised of the charges. The government continues to move for detention. Counsel requested that the defendant be allowed an opportunity to be interviewed by U.S. Probation and Pretrial Service and to speak with defendant's family. The Court therefore granted an adjournment and set a detention hearing for August 1, 2024.

The Court ordered, *sua sponte*, that time will be excluded from the Speedy Trial Act clock from July 30, 2024, through and including August 1, 2024, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) because the ends of justice served by excluding that time outweigh the best interest of the defendant and the public in a speedier trial. Specifically, the Court concluded that the excluded time is reasonably necessary to allow the defendant the opportunity to be interviewed by U.S. Probation and Pretrial Service and for Mr. Bagley to

speak with the defendant's family.  Thus, for the reasons set forth above, as well as for the reasons stated on the record on July 30, 2024, the Court finds that the ends of justice served by excluding that time outweigh the best interest of the defendant and the public in a speedier trial.  The government and defense counsel consented to the exclusion of time.

It is therefore **ORDERED** that the time in this case from and including July 30, 2024, to and including August 1, 2024, is properly excluded from the time within which the defendant should be tried in accordance with the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and 3161(h)(7)(B)(iv).  The Court further finds that as of August 1, 2024, 0 days of Speedy Trial Act time will have elapsed in this case and 70 days remain in the period within which trial must commence.

DATED:   Buffalo, New York, July 31, 2024

*H. Kenneth Schroeder, Jr.*
HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE