# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

---

|  |  |
|---|---|
|  | **MARCH 2024 GRAND JURY**<br>(Impaneled March 22, 2024) |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violations:** |
| **NICHOLAS BLOOM** | Title 18, United States Code,<br>Section 2261A(2)(B)<br>(2 Counts) |

### COUNT 1

### (Cyberstalking)

### The Grand Jury Charges That:

Between on or about January 29, 2024, and on or about June 26, 2024, in the Western District of New York, and elsewhere, the defendant, **NICHOLAS BLOOM**, with intent to harass and cause substantial emotional distress to another person, that is Victim 1, a person known to the Grand Jury, did use an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

**All in violation of Title 18, United States Code, Section 2261A(2)(B).**

## COUNT 2

### (Cyberstalking)

### The Grand Jury Further Charges That:

Between on or about June 10, 2024, and on or about June 26, 2024, in the Western District of New York, and elsewhere, the defendant, **NICHOLAS BLOOM**, with intent to harass and cause substantial emotional distress to another person, that is Victim 2, a person known to the Grand Jury, did use an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 2.

**All in violation of Title 18, United States Code, Section 2261A(2)(B).**

DATED: Buffalo, New York, August 1, 2024.

        TRINI E. ROSS  
        United States Attorney

BY:    S/CHARLES M. KRULY  
        CHARLES M. KRULY  
        Assistant United States Attorney  
        United States Attorney's Office  
        Western District of New York  
        138 Delaware Avenue  
        Buffalo, New York 14202  
        716-843-5838  
        Charles.Kruly@usdoj.gov

A TRUE BILL:

S/FOREPERSON  
FOREPERSON