UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                          24-CR-104

NICHOLAS BLOOM,

                Defendant.

---

## ORDER FOR PSYCHOLOGICAL / PSYCHIATRIC EXAMINATION

As stated on the record on August 15, 2024, based on the government's Motion For Hearing To Determine The Defendant's Mental Competency (Doc. 11) and representations of counsel, this Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Accordingly, it is

**ORDERED**, that a psychiatric or psychological examination of the defendant shall be conducted, pursuant to 18 U.S.C. § 4241(b), and the government shall provide any necessary information to facilitate that examination, and a report of that determination shall be filed with the Court and served upon counsel for both parties in accordance with 18 U.S.C. § 4247(b) and (c); and it is further

**ORDERED**, that pursuant to § 4247(b), the defendant, NICHOLAS BLOOM, is committed to the custody of the Attorney General for placement at a suitable facility designed by the Bureau of Prisons ("BOP") for a reasonable period not to exceed thirty (30) days for such a psychiatric or psychological examination to determine his current mental competence;

1

and it is further

    **ORDERED**, that the United States Marshal's service shall transport the defendant to the institution so designated by the BOP for the required examination; and it is further

    **ORDERED**, that defense counsel and government counsel be given the opportunity to provide to the examiner whatever information, documents, medical reports, or other materials regarding the defendant in order to assist the BOP medical staff in evaluating the defendant; and it is further

    **ORDERED**, that the period of time, extending from August 15, 2024, to the conclusion of all proceedings necessary to determine the mental competency of the defendant shall be excluded from the time period specified in the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* pursuant to § 3161(h)(1)(A); and it is further

    **ORDERED**, that at the conclusion of the psychiatric or psychological examination, the defendant shall remain in the custody of the United States Marshal, pending further proceedings.

    _____
    HON. H. KENNETH SCHROEDER, JR.
    United States Magistrate Judge

Dated: August 19, 2024
    Buffalo, New York.