UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

NICHOLAS BLOOM,

          Defendant.

_____

          24-CR-104-RJA-HKS

          NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | Jeffrey T. Bagley, Assistant Federal Public Defender |
| **DATE, TIME & PLACE:** | Before the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York, **on the papers submitted.** |
| **SUPPORTING PAPERS:** | Affirmation of Assistant Federal Public Defender Jeffrey T. Bagley, dated October 16, 2025 |
| **RELIEF REQUESTED:** | Adjournment of *Sell* Hearing Date. |
| **DATED:** | Buffalo, New York, October 16, 2025 |

          **/s/ Jeffrey T. Bagley**
          Jeffrey T. Bagley
          Assistant Federal Public Defender
          Federal Public Defender's Office
          300 Pearl Street, Suite 200
          Buffalo, New York 14202
          (716) 551-3341, (716) 551-3346 (Fax)
          Jeffrey_bagley@fd.org
          *Counsel for Defendant*

**TO:**    Charles Kruly
        Assistant United States Attorney
        Western District of New York
        138 Delaware Avenue, Federal Centre
        Buffalo, New York 14202

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                    24-CR-104-RJA-HKS

    v.                                          **AFFIRMATION**

NICHOLAS BLOOM,

    Defendant.
_____

    **JEFFREY T. BAGLEY,** affirms under penalty of perjury that:

1. I am an Assistant Federal Public Defender for the Western District of New York and was assigned to represent the above-named defendant, Nicholas Bloom.

2. This matter is set for a *Sell* hearing on October 27, 2025.

3. I am now unavailable on this date.

4. Accordingly, this motion respectfully requests that the *Sell* Hearing date be adjourned to October 29, 2025.

5. I have spoken with the government and they have contacted their witnesses who have indicated that they are available on this new date.

6. Assistant U.S. Attorneys Charles Kruly and Meave Huggins have indicated that the government has no objection to this request.

7. The parties agree that, should this motion be granted, the Speedy Trial Act time between the filing of this motion and the new hearing date is excluded in the interests of justice.

    **WHEREFORE**, it is respectfully that the *Sell* hearing date be adjourned to October 29, 2025.

**DATED**:                Buffalo, New York, October 16, 2025

                                            Respectfully submitted,

                                            **/s/  Jeffrey T. Bagley**
                                            Jeffrey T. Bagley
                                            Assistant Federal Public Defender
                                            Federal Public Defender's Office
                                            300 Pearl Street, Suite 200
                                            Buffalo, New York 14202
                                            (716) 551-3341, (716) 551-3346 (Fax)
                                            jeffrey_bagley@fd.org
                                            *Counsel for Defendant*

**TO:**  Charles Kruly
        Assistant United States Attorney
        Western District of New York
        138 Delaware Avenue, Federal Centre
        Buffalo, New York 14202