IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     v.                                                                             24-CR-00104

NICHOLAS BLOOM,

              Defendant.

---

### GOVERNMENT'S LIST OF POTENTIAL WITNESSES

**THE UNITED STATES OF AMERICA**, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Charles M. Kruly and Maeve E. Huggins, Assistant United States Attorney, of counsel, hereby submits the attached List of Potential Witnesses for a *Sell* hearing, scheduled for October 29, 2025, in this matter.

    1.     **Megan Marks, Psy. D**: Dr. Marks will testify as to her training and experience as well as her review of records, interactions with and observations of the defendant, and her forensic evaluation of the defendant.

    2.     **Sandy Lee, M.D.**: Dr. Lee will testify as to her training and experience as well as her review of records, interactions with and observations of the defendant, and the

treatment plan developed for the defendant.

DATED: Buffalo, New York, October 23, 2025

MICHAEL DIGIACOMO
United States Attorney

BY: *s/ CHARLES M. KRULY*
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5836
Charles.Kruly@usdoj.gov

BY: *s/ MAEVE E. HUGGINS*
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5872
Maeve.Huggins@usdoj.gov