IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                                                                         24-CR-00104

NICHOLAS BLOOM,

                Defendant.

---

## GOVERNMENT'S EXHIBIT LIST

**THE UNITED STATES OF AMERICA**, by and through its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Charles M. Kruly and Maeve E. Huggins, Assistant United States Attorney, of counsel, hereby submits the attached Exhibit List for a *Sell* hearing, scheduled for October 29, 2025, in this matter.

    DATED: Buffalo, New York, October 23, 2025

                                      MICHAEL DIGIACOMO
                                      United States Attorney

BY:   *s/ CHARLES M. KRULY*           BY:   *s/ MAEVE E. HUGGINS*
       Assistant United States Attorney          Assistant United States Attorney
       United States Attorney's Office            United States Attorney's Office
       Western District of New York              Western District of New York
       138 Delaware Avenue                     138 Delaware Avenue
       Buffalo, New York 14202                  Buffalo, New York 14202
       (716) 843-5836                              (716) 843-5872
       Charles.Kruly@usdoj.gov                  Maeve.Huggins@usdoj.gov

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

***SELL* HEARING**
**EXHIBIT LIST**

Case No.: 24-cr-00104      X   Government
Date: October 29, 2025      ___   Defendant

| Ex. No. | DESCRIPTION | DATE Marked for Identification | In Evidence |
|---|---|---|---|
| **COURT FILINGS** | | | |
| 1 | Criminal Complaint in the matter of *United States vs. Nicholas Bloom*, Case No.: 24-mj-73, filed June 20, 2024 | | |
| 2 | Indictment in the matter of *United States vs. Nicholas Bloom*, Case No.: 24-cr-00104, filed August 1, 2024 | | |
| **COMMUNICATIONS TO VICTIM 1** | | | |
| 3 | Messages sent to Victim 1 from n.bloom@icloud.net on May 23, 29, 2024, and May 29, 2024, and from n.bloom@icloud.com on May 29-30, 2024 | | |
| 4 | Screenshot of Text Messages sent by Nicholas Bloom to Victim 1 | | |
| 5 | Log of Harassment from week of January 29, 2024 – May 24, 2024, documented by Victim 1 | | |
| 6 | Linkedin Messages sent to Victim 1 | | |
| **COMMUNICATIONS TO NIAGARA COUNTY SHERIFF'S OFFICE** | | | |
| 7 | Email Us Submission, Sent by Nick Bloom, June 4, 2024 | | |
| 8 | *Electronic Exhibits:* New Recording 11.m4a – New Recording 16.m4a, Six (6) Recordings left by Bloom on Niagara County Sheriff's Office Voicemail | | |
| **COMMUNICATIONS TO VICTIM 2** | | | |
| 9 | Screenshot of Text Messages Sent by Nicholas Bloom to Victim 2, sent June 15, 2024 | | |
| 10 | Screenshot of Text Messages Sent by Nicholas Bloom to Victim 2, sent June 15, 2024 | | |
| 11 | *Electronic Exhibits:* Nineteen (19) Recordings left by Bloom on Victim 2's Voicemail | | |

2

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

***SELL* HEARING**
**EXHIBIT LIST**

Case No.: 24-cr-00104          X   Government
Date: October 29, 2025           ___ Defendant

| Ex. No. | DESCRIPTION | DATE Marked for Identification | In Evidence |
|---|---|---|---|
|  | ***REPORTS FROM FAMILY AND ACQUAINTANCES*** | | |
| 12 | Email re Nicholas Bloom from Individual 1 to Jeffrey McAuliffe, July 1, 2024 | | |
| 13 | *Electronic Exhibit:* Recording Sent by Nicholas Bloom to Individual 2 | | |
| 14 | FBI 302 re Interview of Individual 3 | | |
| 15 | FBI 302 re Interview of Individual 4 | | |
| 16 | FBI 302 re Interview of Individual 5 | | |
| 17 | FBI 302 re Interview of Individual 6 | | |
|  | ***RECORDS FROM NATIONAL ARCHIVES*** | | |
| 18 | Email re Nicholas Bloom, forwarded by David Berry, August 2, 2024 | | |
| 18A | National Archives & Records Administration Mail – Proposal to Remove, Sent to Nicholas Bloom, June 3, 2024 | | |
| 18B | Notice of Proposed Removal, June 3, 2024 | | |
| 18C | Sensitive But Unclassified (SBU) cover sheet | | |
| 19 | Email re Bloom, forwarded by David Berry, August 7, 2024 | | |
| 19A | Notice of Proposed Removal, July 23, 2024 | | |
| 19B | Documents from eOPF re Bloom, Nicholas J | | |
| 20 | Email re Nick Bloom email with threats, forwarded by David Berry, August 2, 2024 | | |
| 20A | Landlord Context emails with attachments | | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

*SELL* HEARING
EXHIBIT LIST

Case No.: 24-cr-00104             X  Government
Date:    October 29, 2025             ____ Defendant

| Ex. No. | DESCRIPTION | DATE Marked for Identification | In Evidence |
|---|---|---|---|
| 20B | Screenshot of Text Messages Sent by Nicholas Bloom | | |
| 20C | Screenshot of Text Messages Sent by Nicholas Bloom | | |
| 21 | Email re Quarantined Emails from Nick Bloom, forwarded by David Berry, August 2, 2024 | | |
| 21A | Nick Bloom Threatening Email.txt | | |
| 22 | Email re Quarantined Emails from Nick Bloom, forwarded by David Berry, August 2, 2024 | | |
| 22A | 2024_05_20 info at nickbloom.net_its_now.txt | | |
| 22B | 2024_05_20 info at nickbloom.net_its_mindf___right.txt | | |
| 22C | *Electronic Exhibits:* Twelve (12) .txt files Sent by Nicholas Bloom | | |
| **CRIMINAL HISTORY** | | | |
| 23 | Criminal History Report, Nicholas Bloom, July 26, 2024 | | |
| **FORENSIC REPORTS** | | | |
| 24 | Megan Marks, Psy. D, Forensic Evaluation re Nicholas Bloom, Date of Report July 18, 2025 | | |
| 25 | Sandy Lee, M.D., Forensic Addendum re Nicholas Bloom, Date of Report July 22, 2025 | | |
| 26 | PDS Case and Administrative Notes, October 9, 2024 – October 8, 2025 | | |
| ***3500 MARKS, MEGAN, PSY.D.*** | | | |
| 41 | Curriculum Vitae – Megan Marks, Psy.D. | | |
| 42 | Trial Testimony list – Megan Marks, Psy.D. | | |
| 43 | Email correspondence regarding Nicholas Bloom, October 8, 2025 | | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## *SELL* HEARING
## EXHIBIT LIST

Case No.: 24-cr-00104        X  Government
Date: October 29, 2025       ___ Defendant

| Ex. No. | DESCRIPTION | DATE Marked for Identification | In Evidence |
|---|---|---|---|
|  | *3500*  *LEE, SANDY, M.D.* | | |
| 44 | Curriculum Vitae and Testimony List – Sandy Lee, M.D. October 2025 | | |
| 45 | Cochrane, R., Herbel, B., Reardon, M. and Lloyd, K. (2013) *The Sell Effect: Involving Medication Treatment I is a "Clear and Convincing" Success*, Law and Human Behavior, Vol. 37, No. 2, 107-116. | | |
| 46 | Faizi, A., McDermott, BE. and Warburton, K. (2025), *Do antipsychotic medications work: An exploration using competency to stand trial as the functional outcome*, CNS Spectrums, 30(1), e29, 1-8. | | |
| 47 | Email correspondence re Cochrane & Faizi articles, October 15, 2025 | | |

5