UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

  v.               24-CR-104-RJA-HKS

NICHOLAS BLOOM,

  Defendant.

### SPEEDY TRIAL ORDER
October 29, 2025

On October 29, 2025, the parties appeared before the Court for a *Sell* hearing. Assistant United States Attorney Maeve E. Huggins and Charles M. Kruly appeared on behalf of the government. Assistant Federal Public Defender Jeffrey T. Bagley, Esq., appeared on behalf of the defendant, who appeared via videoconference. As part of the *Sell* hearing, the Court heard testimony from government witnesses, Megan Marks, Psy. D., and Sandy Lee, M.D., via videoconference and received Government Exhibits 24, 25, 26, 41, and 45 stipulated in evidence. The parties rested, and the Court set a schedule for the submission of post-hearing briefing following the filing of a transcript of the proceedings.

The Court ordered, *sua sponte*, on consent of the parties, that time will be excluded from the Speedy Trial Act clock from October 29, 2025, through and including the resolution of the government's motion pursuant to *Sell v. United States* to forcibly medicate defendant to restore competency for trial, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(iv) because the ends of justice served by excluding that time outweigh the best interest of the defendant and the public in a speedier trial. Specifically, the Court concluded

that the excluded time is reasonably necessary to allow the parties to litigate the government's *Sell* motion, obtain a transcript of the *Sell* hearing, and to resolve the issue of forced medication, and the defendant will be afforded the time and opportunity to review the evidence against him, to consult with counsel to review the evidence in the case, and will be used to assess the mental competency of the defendant. Thus, for the reasons set forth above, as well as for the reasons stated on the record on October 29, 2025, the Court finds that the ends of justice served by excluding that time outweigh the best interest of the defendant and the public in a speedier trial. The government and defense counsel consented to the exclusion of time.

It is therefore **ORDERED** that the time in this case from and including October 29, 2025, to and including the resolution of the government's motion pursuant to *Sell v. United States* to forcibly medicate defendant to restore competency for trial, is properly excluded from the time within which the defendant should be tried in accordance with the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(iv). The Court further finds that as of October 29, 2025, 0 days of Speedy Trial Act time will have elapsed in this case and 70 days remain in the period within which trial must commence.

DATED: Buffalo, New York, October  31 , 2025

*H. Kenneth Schroeder, Jr.*
HONORABLE H. KENNETH SCHRØEDER, JR.
UNITED STATES MAGISTRATE JUDGE